No. 72–5863. BITTINGER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 72–5864. FISHMAN v. FISHMAN. Sup. Ct. Va. Certiorari denied.

No. 72–5870. HILL v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 72–5871. HAIRSTON v. BRANTLEY, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 72–5872. THOMAS ET AL. v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 72–5873. BRIDDLE ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 72–5874. STEBBINS v. STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. ET AL. C. A. 4th Cir. Certiorari denied.

No. 72–5878. DENMAN ET AL. v. ESTATE OF GOODRICH. C. A. 6th Cir. Certiorari denied.

No. 72–5879. SALAS v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 72–5882. WALKER v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 72–5883. PISCIOTTA v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 72–5884. YOUNG v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–5905. STEBBINS v. NATIONWIDE MUTUAL INSURANCE CO. ET AL. C. A. 4th Cir. Certiorari denied.